MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 2 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>WAYNE WALKER,<br><br>   Defendant. | No. CR-11-70531-HRL<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the complaint in the above-captioned case, as the defendant has passed away.

DATED:    7/28/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

JEFFREY B. SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL (CR-11-70531-HRL)

It is ORDERED that the complaint in CR-11-70531-HRL is hereby dismissed.

Date: 7/28/11

_____
HOWARD R. LLOYD
United States Magistrate Judge